

# THE THIRTEENTH COURT OF APPEALS

13-19-00456-CV

Carrie Scruggs
v.
Rockport Terminals, LLC

On Appeal from the
36th District Court of Aransas County, Texas
Trial Cause No. A-19-0171-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

October 1, 2020